IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

BERNARD WILLIAMS,                    )
                                     )
              Plaintiff,             )
                                     )
       v.                            )          CV 325-110
                                     )
TYRONE OLIVER; WARDEN                )
KOCHELL WATSON; MRS. BRAGG;          )
MR. CARR; LT. JOHNSON;               )
MRS. BROWN; MRS. PATTON; and         )
GEORGIA DEPARTMENT OF                )
CORRECTIONS,                         )
                                     )
              Defendants.            )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 16.) The Magistrate Judge recommended dismissing the case without prejudice as a sanction because Plaintiff provided dishonest information about his filing history. (See doc. no. 12.) Plaintiff's objections do not challenge the filing history presented by the Magistrate Judge or otherwise attempt to explain his failure to disclose the cases. Rather, Plaintiff argues about the three-strikes provision of the Prisoner Litigation Reform Act, the merits of his underlying deliberate indifference claim, and exhaustion of administrative remedies. (See doc. no. 16.) None of those issues have anything to do with the basis for the recommendation of dismissal.

Moreover, because the case is due to be dismissed for providing dishonest information, the request in the objections for appointment of counsel to pursue the case is **DENIED**.

Accordingly, the Court **OVERRULES** all objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice as a sanction for abusing the judicial process, and **CLOSES** this civil action.

SO ORDERED this _____ day of May, 2026, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

2